DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GERALD TELFORT,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-2746

[October 26, 2017]

Appeal of order denying rule 3.800(a) motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Paul L. Backman, Judge; L.T. Case No. 05-004072 CF10A.

Gerald Telfort, Arcadia, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and KLINGENSMITH, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***